IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANDRONI ESQUIBEL, § § *Plaintiff,* § § v. § § ALLIED WORLD SPECIALTY § INSURANCE COMPANY, § § *Defendant.* § | Civil Action No. 1:23-cv-00202 |

## NOTICE OF REMOVAL

Defendant Allied World Specialty Insurance Company ("Allied" or "Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 as follows:

### I.  STATEMENT OF GROUND FOR REMOVAL

1. On January 19, 2023, Plaintiff Androni Esquibel ("Plaintiff") commenced an action in the 261st Judicial District Court of Travis County, State of Texas, captioned as *Androni Esquibel v. Allied World Specialty Insurance Company*, Cause No. D-1-GN-23-000326 (hereinafter, the "Petition").[1] Plaintiff alleges bodily injury damages arising from a motor vehicle accident on State Hwy 71 Frontage Road and Presidential Blvd.[2] Plaintiff now seeks relief against Allied for uninsured and underinsured motorist benefits from the underlying motor vehicle accident.[3]

2. The state court action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the

---

[1] **Exhibit 1 - 1**.
[2] **Exhibit 1 - 1** at Page 2, paragraph 8.
[3] **Exhibit 1 - 1** at Page 2, paragraph 7.

sum or value of $75,000.00, exclusive of interests and costs, and diversity of citizenship exists between the parties.

## II. PROCEDURAL REQUIREMENT FOR REMOVAL

3. Upon filing of this Notice of Removal of the cause, Allied gave written notice of the filing to the Plaintiff and Plaintiff's counsel as required by law. A copy of this Notice will be promptly filed with the clerk of the state court where this cause was originally filed. A copy of all processes, pleadings, and orders have been filed separately with this Court pursuant to 28 U.S.C. § 1446(b).

4. Removal is timely as Allied filed this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

5. In accordance with 28 U.S.C. § 1446(a), all documents filed with this Notice are attached as **Exhibit 1**, including copies of all pleadings asserting causes of action, the return of service for Allied, Allied's Original Answer filed in the state court action with Cause No. D-1-GN-23-000326, and the docket sheet in the state court action with Cause No. D-1-GN-23-000326.

6. Pursuant to 28 U.S.C. § 1446(d), Allied will file a Notice of Filing of Removal with the state court.

7. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read this Notice of Removal, that to the best of his knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

### III.   VENUE

8.   Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in Travis County, Texas.

### IV.   PARTIES

9.   According to the Petition, Plaintiff was a resident of Texas at the time suit was commenced.[4]

10.   Allied is a company formed under the laws of the State of Delaware, with their principal place of business in New York.

11.   Allied filed their Original Answer in state court on February 13, 2023.[5]

### V.   AMOUNT IN CONTROVERSY

12.   In his Original Petition, Plaintiff affirmatively pleads that he seeks monetary relief over $1,000,000.00 for his injuries and damages.[6] The amount in controversy therefore exceeds the sum or value of $75,000.00, exclusive of interests and costs. 28 U.S.C. § 1332(a).

### VI.   JURY DEMAND

13.   As part of his Original Petition, Plaintiff has demanded a jury in the state court suit.[7]

14.   All fees required by law in connection with this Notice have been tendered and paid by Allied.

WHEREFORE, ALLIED WORLD SPECIALTY INSURANCE COMPANY, Defendant, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C.

---

[4] **Exhibit 1 - 1** at Page 1, paragraph 2.
[5] **Exhibit 1 - 3**.
[6] **Exhibit 1 - 1** at Page 6-7, paragraph 19.
[7] **Exhibit 1 - 1** at Page 7, paragraph 22.

§ 1446, removes this action from the 261st Judicial District Court of Travis County, Texas, to this Court.

Dated this 22nd day of February, 2023.

**WOOD SMITH HENNING & BERMAN, LLP**

*/s/ Robert W. Hellner*
Robert W. Hellner, State Bar No. 24108154
James R. Parish, State Bar No. 24071830
14860 Landmark Blvd., Suite 120
Dallas, Texas 75254
Telephone: (469) 210-2050
Fax: (469) 210-2051
rhellner@wshblaw.com
jparish@wshblaw.com

**ATTORNEYS FOR DEFENDANT ALLIED WORLD SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on February 22, 2023, a copy of this Notice of Removal was served on all parties and/or counsel of record via email.

*/s/Robert W. Hellner*
Robert W. Hellner