UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ANDRONI ESQUIBEL,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CIVIL NO. A-23-CV-00202-ADA** |
| § | |
| **ALLIED WORLD SPECIALTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| **Defendant.** § | |

# O R D E R

Defendant filed a Notice of Settlement on June 26, 2024. ECF No. 21. The Notice contains only the signature of Defendant's counsel and does not contain a certificate of conference. *Id.* However, as of September 29, 2024, Plaintiff's counsel has not filed any opposition or otherwise objected.

Thus, the Court respectfully **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties may file a motion to reopen the case. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SIGNED** this 29th day of September, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE